## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Andres Basilio, Matias Basilio, Jose Chihuaha, Isabel Basilio, Rafael Medina, and Domingo Vazquez individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Stormy Chadwicks, LLC dba Stormy's Tavern and Grille, and Charles Bidwill IV, individually, Defendants | Case No.: 1:16-cv-10386<br>District Judge: Hon. Marvin E. Aspen |

### JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On March 11, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Tuesday, February 21, 2017.

s/ Valentin T. Narvaez
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646

s/ Heather A. Bailey
Smith Amundsen LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601