# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Andres Basilio, et al.

                              Plaintiff,

v.                                                 Case No.: 1:16−cv−10386
                                                          Honorable Marvin E. Aspen

Stormy Chadwicks, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing of 2/23/2017 stricken. Pursuant to Joint Stipulation of Dismissal [15], case is dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On March 11, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.